No. 1661, Misc. ZACHERY *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 1662, Misc. WILSON *v.* RANDOLPH, DIRECTOR OF PUBLIC SAFETY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 1668, Misc. WILLIAMS, ADMINISTRATOR *v.* LOUISVILLE & NASHVILLE RAILROAD Co. C. A. 6th Cir. Certiorari denied. *John S. Wrinkle* for petitioner. *W. D. Spears* for respondent. ▆▆▆▆▆▆▆▆▆▆▆

No. 1669, Misc. DAVIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1673, Misc. SMITH *v.* IDAHO ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Allan G. Shepard,* Attorney General of Idaho, and *John S. Simko,* Assistant Attorney General, for respondents. ▆▆▆▆▆

No. 1675, Misc. WRIGHT *v.* OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied. *Michael A. Williams* for petitioner.

No. 1681, Misc. DURGIN ET AL. *v.* GRAHAM ET AL. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. Tom Fairfield Brown* for respondent Lindsay Newspapers, Inc. ▆▆▆▆▆▆▆▆▆▆

No. 1682, Misc. DE WELLES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Marshall* for the United States. ▆▆▆▆▆▆▆

No. 1696, Misc. KOEBRICH *v.* OLIVER, WARDEN. Ct. App. Cal., 4th App. Dist. Certiorari denied.